UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| ROSELLA JOHNSON, | § | |
|---|---|---|
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 2:14-CV-00167 |
| WAL-MART STORES TEXAS, LLC, *et al*, | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Plaintiff's Motion to Substitute Party (D.E. 18). After due consideration, the Court GRANTS the motion and ORDERS that David Johnson be, and is hereby, substituted as party plaintiff in place of Rosella Johnson, Deceased.

ORDERED this 6th day of May, 2015.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE